GIBSON *vs.* M'CRUMMEN.

APPEAL FROM THE COURT OF THE SIXTH JUDICIAL DISTRICT, THE
JUDGE OF THE SEVENTH PRESIDING.

Where the certificate of the clerk does not state that the record contains *all*
the evidence on which the cause was tried, and there is no other means
given to examine the case on its merits, the appeal will be dismissed.

This is an action against the endorser on a promissory note. There was no defence and no evidence in the record, except the note sued on, and the protest and certificate of the notary, that notice was given to the defendants.

There was judgment by default made final against the defendant, and he appealed.

The judgment states, that by reason of the judgment by default not being set aside, and the law and evidence being in favor of the plaintiff, judgment was rendered.

The clerk's certificate to the record simply states, that it is " a true, full, and perfect transcript of the record, documents, and proceedings in the case existing in his office."

*Dunbar*, for the plaintiff, submitted the case on a prayer for the affirmance of judgment, with ten per cent. damages, as for a frivolous appeal.

*Winn* and *Barry*, contra.

*Martin, J.*, delivered the opinion of the court.

In this case the certificate of the clerk does not state that the record contains all the evidence on which the cause was tried. The appellant has not enabled us, by a statement of facts, bill of exceptions, assignment of error, or any other manner legally to review the judgment of the District Court.

It is, therefore, ordered, adjudged and decreed, that the appeal be dismissed, with costs.

Where the certificate of the clerk does not state that the record contains *all* the evidence on which the cause was tried, and their is no other means given to examine the case on its merits, the appeal will be dismissed.